|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| ANOTHONY WILEY, SR., | ) Case No.: 1:19-cv-1406 - AWI - JLT |
|---|---|
| Plaintiff, | ) ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE |
| v. | |
| ROBERT GOODMAN, et al., | ) (Doc. 5) |
| Defendants. | |

Anthony Wiley, Sr. asserts defendants Robert Goodman, the Bakersfield Police Department, and the Kern County Superior Court are liable for violations of his civil rights to equal protection and due process, "crimes against the disabled," judicial corruption, and judicial misconduct. (*See generally* Doc. 1) Because Plaintiff failed to comply with the Local Rules requiring Plaintiff to keep the Court apprised of a proper mailing address and failed to prosecute this action, the magistrate judge recommended the complaint be dismissed without prejudice on January 30, 2020.

Plaintiff was given fourteen days to file any objections to the recommendations that the action be dismissed. (Doc. 5 at 4) Plaintiff was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Wilkerson v. Wheeler, 772 F.3d 834, 834 (9th Cir. 2014)). Notably, this document was also returned to the Court as undeliverable on February 7, 2020. In addition, no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations dated January 30, 2020 (Doc. 5) are **ADOPTED IN FULL**;
2. The complaint is **DISMISSED** without prejudice; and
3. The Clerk of Court is **DIRECTED** to close the action.

IT IS SO ORDERED.

Dated: February 20, 2020

_____
SENIOR DISTRICT JUDGE

2